**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA : Hon. Justin T. Quinn
                                                    :
              v.                               : E.D.P.A. Crim. No. 15-117-03
                                                    : D.N.J. Mag. No. 26-6044
                                                    :
MARQUISE KEMP                    : **DETENTION ORDER**

This matter having been opened to the Court on motion of the United States, by Robert Frazer, United States Attorney for the District of New Jersey (Jonathan S. Garelick, Assistant U.S. Attorney, appearing) for an order pursuant to Title 18, United States Code, Sections 3143 and 3148, to detain the Defendant, Marquise Kemp, in the above-entitled matter; and the Defendant (by Saverio Viggiano, Assistant Federal Public Defender, appearing) having consented to detention; and the Court having held an initial appearance on June 24, 2026 concerning violations of the Defendant's terms of supervised release in matter 15-CR-117-03, pending in the Eastern District of Pennsylvania; and for good cause shown:

IT IS, therefore, on this 24th day of June, 2026,

ORDERED, pursuant to Title 18, United States Code, Sections 3143(a)(1) and 3148(b), that the Defendant, Marquise Kemp, be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

- 1 -

ORDERED that such detention be without prejudice to the Defendant's right to seek release pursuant to Title 18, United States Code, Section 3143 at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the Defendant shall be delivered to a United States marshal for the purpose of appearances in connection with court proceedings.

_____

Hon. Justin T. Quinn
United States Magistrate Judge